# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Del Shea Perry,** | **Court File No. 19-CV-02580 (ECT/LIB)** |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **Beltrami County, et al.,** | |
| **Defendants.** | |

Pursuant to the Stipulation of the Parties, (Doc. No. 27), **IT IS HEREBY ORDERED THAT** Plaintiff is allowed to serve and file her First Amended Complaint with Jury Demand, which was attached to the Stipulation as Exhibit 2. Defendants shall respond to the amended complaint pursuant to the Federal Rules of Civil Procedure.

Dated:

LEO I. BRISBOIS
United States Magistrate Judge