UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Del Shea Perry, Trustee for the Heirs and Next of Kin of Hardel Harrison Sherrell,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Beltrami County, et al.<br><br>　　　　　　　Defendants. | Case No. 19-cv-2580-ECT-LIB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota that Bradley R. Prowant, Esq. hereby withdraws as counsel for Defendants MEnD Correctional Care, PLLC, Todd Leonard, MD, Stephanie Lundblad, CNP, Crystal Pedersen, RN, Michelle Skroch, RN, and Madison Brewster, Health Technician ("MEnD Defendants") in the above-entitled proceeding. Anthony J. Novak and Carolin J. Nearing from Larson · King, LLP will remain counsel of record.

Dated: June 29, 2021

**Larson • King, LLP**

By　*s/Bradley R. Prowant*
Anthony J. Novak (#0351106)
Carolin J. Nearing (#0291791)
Bradley R. Prowant (#0396079)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500 Telephone
tnovak@larsonking.com
cnearing@larsonking.com
bprowant@larsonking.com

*Attorneys for Defendants MEnD Defendants*