UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Del Shea Perry, Trustee for the Heirs and Next of Kin of Hardel Harrison Sherrell and Personal Representative for the Estate of Hardel Harrison Sherrell, | Case No. 19-cv-02580 ECT/LIB |
| Plaintiff, | |
| vs. | |
| Beltrami County; MEnD Correctional Care, PLLC; Sanford Health; Sanford; Sanford Medical Center Fargo; Calandra Allen (Jail Administrator), Andrew Richards (Assistant Jail Administrator), Edward Busta (Program Director), Corrections Sergeant Tyler Carraway, Corrections Sergeant Anthony Derby, Corrections Sergeant Mario Scandinato, Corrections Officer Melissa Bohlmann, Corrections Officer Jared Davis, Corrections Officer Dana Demaris, Corrections Officer Brandon Feldt, Corrections Officer James Foss, Corrections Officer Daniel Fredrickson, Corrections Officer Chase Gallinger, Corrections Officer Holly Hopple, Corrections Officer Nicholas Lorsbach, Corrections Officer Erin Meyer, Corrections Officer Mitchell Sella, Corrections Officer Christopher Settle, Corrections Officer Marlon Smith, Corrections Officer Jacob Swiggum, Corrections Officer Joseph Williams, Beltrami County employees, all in their individual and official capacities and as | |

agents/employees of Beltrami County;
Todd Leonard, MD, Crystal Pedersen, RN,
Michelle Skroch, RN, and Madison
Brewster, Health Technician, MEnD
Correctional Care employees, all in their
individual and official capacities and as
agents/employees of MEnD Correctional
Care, PLLC;
Dustin G. Leigh, MD, individually and as
employee/agent of Sanford Health and/or
Sanford and/or Sanford Medical Center
Fargo,

                  Defendants.

## ORDER

The matter is before the Court on the parties' Stipulation to Amend the Scheduling Order. Having reviewed the same, **IT IS HEREBY ORDERED** that:

The deadlines set in the Amended Pretrial Scheduling Order (#52) are extended as follows:

| | |
|---|---|
| Close of fact discovery: | **December 1, 2021** |
| Plaintiff's expert reports and disclosures: | **February 1, 2022** |
| Defendants' expert reports and disclosures: | **April 1, 2022** |
| Close of expert discovery: | **May 15, 2022** |
| Non-dispositive motions: | **June 1, 2022** |
| Dispositive motions: | **August 1, 2022** |

Settlement conference: **Some time in October, 2022**

Trial ready: **December 1, 2022**


Dated:_____        _____
                                 Magistrate Judge Leo I. Brisbois