UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Del Shea Perry,** | **Court File No. 19-cv-02580 (ECT/LIB)** |
| **Plaintiff,** | |
| vs. | **STATEMENT OF REDACTION** |
| **Beltrami County, et al.,** | |
| **Defendants.** | |

I, Zorislav R. Leyderman, assert that Plaintiff's Petition for Distribution of Confidential Settlement Proceeds (Doc. No. 60), Exhibits 1-9 (Doc. No. 60-1), and the related Proposed Order (Doc. No. 61), all contain confidential information pertaining to a confidential settlement and are impracticable to redact.

Dated: July 28, 2021

THE LAW OFFICE OF
ZORISLAV R. LEYDERMAN

By: s/ Zorislav R. Leyderman
ZORISLAV R. LEYDERMAN
Attorney License No. 0391286
Attorney for Plaintiff
The Law Office of
Zorislav R. Leyderman
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
Tel: (612) 876-6626
Email: zrl@ZRLlaw.com