UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Del Shea Perry, Trustee for the Heirs and
Next of Kin of Hardel Harrison Sherrell and
Personal Representative for the Estate of
Hardel Harrison Sherrell,

                              Plaintiff,

vs.

Beltrami County;
MEnD Correctional Care, PLLC;
Sanford Health;
Sanford; Sanford Medical Center Fargo;
Calandra Allen (Jail Administrator),
Andrew Richards (Assistant Jail
Administrator), Edward Busta (Program
Director),
Corrections Sergeant Tyler Carraway,
Corrections Sergeant Anthony Derby,
Corrections Sergeant Mario Scandinato,
Corrections Officer Melissa Bohlmann,
Corrections Officer Jared Davis,
Corrections Officer Dana Demaris,
Corrections Officer Brandon Feldt,
Corrections Officer James Foss,
Corrections Officer Daniel Fredrickson,
Corrections Officer Chase Gallinger,
Corrections Officer Holly Hopple,
Corrections Officer Nicholas Lorsbach,
Corrections Officer Erin Meyer,
Corrections Officer Mitchell Sella,
Corrections Officer Christopher Settle,
Corrections Officer Marlon Smith,
Corrections Officer Jacob Swiggum,
Corrections Officer Joseph Williams,
Beltrami County employees, all in their
individual and official capacities and as

Case No. 19-cv-02580 ECT/LIB

agents/employees of Beltrami County;
Todd Leonard, MD, Crystal Pedersen, RN,
Michelle Skroch, RN, and Madison
Brewster, Health Technician, MEnD
Correctional Care employees, all in their
individual and official capacities and as
agents/employees of MEnD Correctional
Care, PLLC;
Dustin G. Leigh, MD, individually and as
employee/agent of Sanford Health and/or
Sanford and/or Sanford Medical Center
Fargo,

Defendants.

---

## STIPULATION FOR DISMISSAL OF DEFENDANTS SANFORD HEALTH, SANFORD, SANFORD MEDICAL CENTER FARGO, AND DUSTIN G. LEIGH, MD

---

Plaintiff Del Shea Perry and Defendants Sanford Health, Sanford, Sanford

Medical Center Fargo, and Dustin G. Leigh, MD, through their respective

counsel, hereby agree and stipulate that Defendants Sanford Health, Sanford,

Sanford Medical Center Fargo, and Dustin G. Leigh, MD, should be dismissed

with prejudice and without costs or attorney's fees to any party.

Dated: October 13, 2021

/s/ Peter W. Zuger

Peter W. Zuger (ND #06282)
SERKLAND LAW FIRM
10 Roberts St. N. | PO Box 6017
Fargo, ND 58108-6017
Phone: (701) 232-8957
Fax: (701) 237-4049
pzuger@serklandlaw.com
***Attorneys for Sanford Health,
Sanford, Sanford Medical Center and
Dustin G. Leigh, MD***

Dated: October 13, 2021

By: s/ Zorislav R. Leyderman

ZORISLAV R. LEYDERMAN
Attorney License No. 0391286
Attorney for Plaintiff
Law Office of Zorislav Leyderman
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
Tel: (612) 876-6626
Email: zrl@ZRLlaw.com