UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Del Shea Perry,                                      Case Number: 19-cv-02580 (KMM-LIB)

        Plaintiff,

v.                                                   **THE MEND DEFENDANTS'**
                                                     **MOTION FOR PARTIAL SUMMARY**
Beltrami County, et al.,                             **JUDGMENT**

        Defendants.

Pursuant to Federal Rule of Civil Procedure 56, Defendants Dr. Todd Leonard, Crystal Pederson, Michelle Skroch, Madison Brewster, and MEnD Correctional Care, PLLC (collectively "the MEnD Defendants") hereby move this Court for an order granting partial summary judgment and dismissing Count I and Count II of Plaintiff's Amended Complaint.

This Motion is based upon the MEnD Defendants' memorandum of law, declaration, and exhibits, filed contemporaneous herewith, as well as all filings, records, and proceedings herein.

Dated: June 1, 2022

**LARSON • KING, LLP**

By */s/ Anthony J. Novak*
Anthony J. Novak (0351106)
Carolin J. Nearing (0291791)
Taylor McKenney (0400905)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN  55101
Tel:  (651) 312-6500
Fax:  (651) 312-6618
tnovak@larsonking.com
cnearing@larsonking.com
tmckenney@larsonking.com

*Attorneys for MEnD Defendants*