UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Del Shea Perry, Trustee for the Heirs and Next of Kin of Hardel Harrison Sherrell and Personal Representative for the Estate of Hardel Harrison Sherrell, | Case No. 19-cv-02580 KMM/LIB |
| Plaintiff, | |
| vs. | |
| Beltrami County;<br>MEnD Correctional Care, PLLC;<br>Sanford Health;<br>Sanford; Sanford Medical Center Fargo;<br>Calandra Allen (Jail Administrator),<br>Andrew Richards (Assistant Jail Administrator), Edward Busta (Program Director),<br>Corrections Sergeant Tyler Carraway,<br>Corrections Sergeant Anthony Derby,<br>Corrections Sergeant Mario Scandinato,<br>Corrections Officer Melissa Bohlmann,<br>Corrections Officer Jared Davis,<br>Corrections Officer Dana Demaris,<br>Corrections Officer Brandon Feldt,<br>Corrections Officer James Foss,<br>Corrections Officer Daniel Fredrickson,<br>Corrections Officer Chase Gallinger,<br>Corrections Officer Holly Hopple,<br>Corrections Officer Nicholas Lorsbach,<br>Corrections Officer Erin Meyer,<br>Corrections Officer Mitchell Sella,<br>Corrections Officer Christopher Settle,<br>Corrections Officer Marlon Smith,<br>Corrections Officer Jacob Swiggum,<br>Corrections Officer Joseph Williams,<br>Beltrami County employees, all in their individual and official capacities and as | |

agents/employees of Beltrami County;
Todd Leonard, MD, Crystal Pedersen, RN,
Michelle Skroch, RN, and Madison
Brewster, Health Technician, MEnD
Correctional Care employees, all in their
individual and official capacities and as
agents/employees of MEnD Correctional
Care, PLLC;
Dustin G. Leigh, MD, individually and as
employee/agent of Sanford Health and/or
Sanford and/or Sanford Medical Center
Fargo,

                    Defendants.

## ORDER FOR PARTIAL DISMISSAL

Based upon the Stipulation of Partial Dismissal [Doc. No. 96], IT IS HEREBY ORDERED that Counts I and II of Plaintiff's Amended Complaint asserted by Plaintiff against Defendants Andrew Richards, Edward Busta, Tyler Carraway, Anthony Derby, Melissa Bohlmann, Jared Davis, Dana Demaris, Erin Meyer, Christopher Settle, and Jacob Swiggum, and Count III as it pertains to the negligence claim against Beltrami County, Andrew Richards, Edward Busta, Tyler Carraway, Anthony Derby, Mario Scandinato, Melissa Bohlmann, Jared Davis, Dana Demaris, Brandon Feldt, James Foss, Daniel Fredrickson, Chase Gallinger, Holly Hopple, Nicholas Lorsbach, Erin Meyer, Christopher Settle, Marlon Smith, Jacob Swiggum, and Joseph Williams of the above-entitled action are hereby

dismissed with prejudice on the merits and without costs or attorney's fees to any party.

Date: July 11, 2022

                                              *s/Katherine Menendez*
                                              Katherine Menendez
                                              United States District Judge