# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Del Shea Perry, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Leo I. Brisbois |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:	19-cv-2580 (KMM/LIB) |
| | ) | Date:	August 10, 2022 |
| Beltrami County, et al., | ) | Court Reporter:	N/A |
| | ) | Courthouse:	Fergus Falls |
| Defendants. | ) | Courtroom:	2 |
| | ) | Time Commenced:	10:00 a.m. |
| | ) | Time Concluded:	7:45 p.m. |
| | ) | Time in Court:	9 Hours & 45 Minutes |

Hearing on: **Settlement Conference**

APPEARANCES:

    Plaintiff's Attorney: Zorislav R. Leyderman
    Plaintiff: Del Shea Perry
    Beltrami County Defendants' Attorney: Jason M. Hivley
    Beltrami County Defendants' Representatives: Jeff Hentzs, Jarrett Walton, & Calandra Allen
    MEnD Defendants' Attorney: Anthony J. Novak
    MEnD Defendants' Representative: Todd Leonard, Patricia Luczak, Victor Peters, & David Dietz

PROCEEDINGS:

☒ Settlement reached between all parties.

                                                                                                                  s/JRG
                                                                                                                   Courtroom Deputy