UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___Del Shea Perry_____
                          Plaintiff(s),

v.                                            Case No. 19-cv-02580 (KMM/LIB)

___Beltrami County, et al.,_____

_____

_____

_____

_____
                          Defendant(s).

**JOINT MOTION REGARDING CONTINUED SEALING**

Documents have been filed under temporary seal in connection with the following motion:

| (Motion Title) | (Doc. No.) |
|---|---|
| Motion for Summary Judgment | 74 |
| Motion for Partial Summary Judgment | 82 |

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

1

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|
| 90 | 91 | Memorandum of Law | Parties agree that entire document should remain under seal | | Document should remain sealed because it contains confidential information subject to this Court's protective order. |
| | | | | | |
| 93 | | Exhibit | Parties agree that entire document should remain under seal | | Document should remain sealed because it contains confidential information subject to this Court's protective order. |
| | | | | | |
| 94 | | Exhibit | Parties agree that entire document should remain under seal | | Document should remain sealed because it contains confidential information subject to this Court's protective order. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

---

[i] This explanation should be very brief.  For example:

1. contains information designated as confidential by a nonparty
2. contains information designated as confidential under a non-disclosure agreement between plaintiff and nonparty
3. discovery materials filed in connection with a motion under Fed R. Civ. P. 37
4. reveals trade secrets of defendant
5. reveals proprietary business methods of plaintiff
6. confidential financial records
7. confidential medical records
8. contains termination information regarding former employees of defendant
9. reveals information regarding a minor
10. contains information ordered sealed by the court on DATE [Docket No. XX]

3

|  |  |
|---|---|
|  | IVERSON REUVERS |
| Dated:  August 26, 2022 | By   s/Stephanie A. Angolkar  <br>   Jason M. Hiveley, #311546<br>   Stephanie A. Angolkar, #388336<br>   Aaron M. Bostrom, #401773<br>   Julia Kelly, #392424<br>9321 Ensign Avenue South<br>Bloomington, MN  55438<br>(952) 548-7200<br>jasonh@iversonlaw.com<br>stephanie@iversonlaw.com<br>aaron@iversonlaw.com<br>*Attorneys for Defendants Beltrami County, Calandra Allen, Andrew Richards, Edward Busta, Tyler Carraway, Anthony Derby, Mario Scandinato, Melissa Bohlmann, Jared Davis, Dana Demaris, Brandon Feldt, James Foss, Daniel Fredrickson, Chase Gallinger, Holly Hopple, Nicholas Lorsbach, Erin Meyer, Mitchell Sella, Christopher Settle, Marlon Smith, Jacob Swiggum, Joseph Williams* |

Date:  August 26, 2022    */s/ Anthony J. Novak*
Anthony J. Novak (#0351106)
Carolin J. Nearing (#0291791)
LARSON • KING, LLP
30 East Seventh Street, Ste. 2800
Saint Paul, MN  55101
(651) 312-6500 | Fax: (651) 312-6618
tnovak@larsonking.com
cnearing@larsonking.com
bprowant@larsonking.com
***Attorneys for the MEnD Defendants***

Dated: August 26, 2022					By: s/ Zorislav R. Leyderman
							ZORISLAV R. LEYDERMAN
							Attorney License No. 0391286
							Attorney for Plaintiff
							Law Office of Zorislav Leyderman
							222 South 9th Street, Suite 1600
							Minneapolis, MN 55402
							Tel: (612) 876-6626
							Email: zrl@ZRLlaw.com