UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Del Shea Perry, | Case Number.: 19-cv-02580 (KMM-LIB) |
| Plaintiff, | |
| v. | **STIPULATION FOR VOLUNTARY DISMISSAL OF CRYSTAL PEDERSON, MICHELLE SKROCH, MADISON BREWSTER AND TODD LEONARD** |
| Beltrami County, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that Plaintiff's claims against Crystal Pederson, RN, Michelle Skroch, RN, Madison Brewster, Health Technician, and Todd Leonard, MD are hereby dismissed with prejudice on the merits and without costs and disbursements to any party.

Date:  November 18, 2022        **LAW OFFICE OF ZORISLAV LEYDERMAN**

By: *s/ Zorislav R. Leyderman*
Zorislav R. Leyderman (#0391286)
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
Tel: (612) 876-6626
Email: zrl@ZRLlaw.com

Date: November 14, 2022  **LARSON · KING, LLP**

By /s/ *Anthony J. Novak*
Anthony J. Novak (0351106)
Carolin J. Nearing (0291791)
Taylor McKenney (0400905)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN  55101
Tel:  (651) 312-6500
Fax:  (651) 312-6618
tnovak@larsonking.com
cnearing@larsonking.com
tmckenney@larsonking.com

**Attorneys for the MEnD Defendants**