UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Del Shea Perry,<br><br>  Plaintiff,<br><br>v.<br><br>Beltrami County, et al.,<br><br>  Defendants. | Case Number.: 19-cv-2580 (KMM/LIB)<br><br>**ORDER FOR DISMISSAL OF CRYSTAL PEDERSON, MICHELLE SKROCH, MADISON BREWSTER AND TODD LEONARD** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal of Plaintiff's claims against Crystal Pederson, RN, Michelle Skroch, RN, Madison Brewster, Health Technician, and Todd Leonard, MD with prejudice (ECF No. 113).

Based on the Stipulation filed by the parties on November 18, 2022 (ECF No. 113), IT IS HEREBY ORDERED that Plaintiff's claims against Crystal Pederson, RN, Michelle Skroch, RN, Madison Brewster, Health Technician, and Todd Leonard, MD are hereby dismissed with prejudice on the merits and without costs and disbursements to any party.

Date:  November 18, 2022

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge